AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Woehrle, Carla M. | 2. Court or Organization<br><br>US Dist. Ct. - Cntl Dist of CA | 3. Date of Report<br><br>07/28/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Uncommon Good |
| 2. | Board of Directors | Federal Bar Association, Los Angeles chapter |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/13 | CalPERS Public Retirement System - Pension Distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Student Loan | K |
| 2. | .Wells Fargo | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLSFARGO- ▓▓▓ IRA) | | | | | | | | | |
| 2. JP Morgan Prime Money Market Sweep - Capital | A | Interest | J | T | | | | | |
| 3. Blackrock Equity Dividend Fd CL A | A | Dividend | | | Sold | 08/27/13 | J | A | |
| 4. American Century Value Fund | A | Dividend | | | Sold | 08/27/13 | J | A | |
| 5. American Century Mid Cap V | A | Dividend | J | T | | | | | |
| 6. Managers AMG Fds Systematic Mid Cap Value (Y) | | | | | | | | | |
| 7. Lord Abbett Sec Tr Fundamental Equity Fd Cl A | A | Dividend | J | T | | | | | |
| 8. Federated Equity Fds Kaufmann Large Cap Fd | A | Dividend | J | T | Buy | 12/30/13 | J | | |
| 9. Putnam Growth Opportunities Fd Cl A | A | Dividend | J | T | | | | | |
| 10. Fidelity Adv New Insights Fd Cl I | A | Dividend | J | T | | | | | |
| 11. Managers AMG Fds Syst Mid Cap Val FDCL A (Y) | | | | | | | | | |
| 12. Nuveen Tradewinds Global All-Cap Fd Instl Shs Class (Y) | | | | | | | | | |
| 13. Prudential Invt Port 10 Jennison Equity Income Fund CL Z | A | Dividend | J | T | | | | | |
| 14. Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | J | T | | | | | |
| 15. Alger Fds II Spectra Fd Ck I | A | Dividend | J | T | | | | | |
| 16. Sunamerica Focused Div Strategy Portfolio Cl A | A | Dividend | J | T | | | | | |
| 17. Dryfus Advantage Fds Strategic Value Fnde Cl I | A | Dividend | J | T | Buy | 08/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DWS Intl Fd Inc World Dividend Fd (X) | A | Dividend | J | T | | | | | |
| 19. Federated Equity Fds Kaufmann Large Cap Fd (Y) | | | | | | | | | |
| 20. Goldman Sachs Tr Income Builder Fd Instl Cl | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 21. Nationwide Mut Fds New Geneva M/Cap Growth Fd (X) | A | Dividend | J | T | | | | | |
| 22. Nuveen Invt Tr II Santa Barbara Dividend Fd Instl Shs (X) | A | Dividend | J | T | | | | | |
| 23. Wells Fargo Advantage Premier Large Co Growth Fd Admni (X) | A | Dividend | J | T | Buy (add'l) | 10/09/13 | J | | |
| 24. Managers AMG Funds Yacktman Focused Fund | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 25. W E L L S F A R G O - ▩ | | | | | | | | | |
| 26. - Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 27. - Viacom, Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 28. CBS Corp Cl B (X) | A | Dividend | J | T | | | | | |
| 29. - FHLMC ▩ Remic Multiclass CMO CPN 6.000% | A | Interest | | | Sold | 07/15/13 | J | A | |
| 30. - FNMA ▩ PD Remic Multiclass CMO 5.0% | A | Interest | J | T | | | | | |
| 31. GNMA ▩ Remic Multipclass CMO Cpn 4.5% due 8/1/40 | A | Interest | | | Sold | 06/20/13 | J | A | |
| 32. Openheimer Limited Term Municipal Fd Cl C OITCX | A | Dividend | J | T | | | | | |
| 33. Vitrus Opportunities Tr Premium Alpha Sector Fund | A | Dividend | K | T | Buy | 07/03/13 | K | | |
| 34. Nuveen Invt Tr II Tradewinds Intl Value Fd Cl I | A | Dividend | | | Sold | 12/30/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. W E L L S F A R G O ☐ IRA) | | | | | | | | | |
| 36. Money Market Sweep-Capital | A | Interest | J | T | | | | | |
| 37. - Blackrock Equity Dividend Fd Cl I | A | Dividend | | | Sold | 08/27/13 | J | D | |
| 38. - Fidelity Adv New Insights Fd Cl I | A | Dividend | K | T | | | | | |
| 39. - First Eagle Gold Inc Fd A | A | Dividend | | | Sold | 04/16/13 | J | B | |
| 40. American Century Value Fund | A | Dividend | | | Sold | 08/27/13 | J | C | |
| 41. American Century Mid Cap Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 42. Eagle Capital Appreciation Fund | A | Dividend | | | Sold | 04/16/13 | J | H1 | |
| 43. Columbia Fds Ser Tr 1 Dividend Income | A | Dividend | | | Sold | 08/27/13 | J | A | |
| 44. Highmark Fds Geneva Mid Cap Growth Fd Cl F | A | Dividend | | | Sold | 07/01/13 | J | B | |
| 45. First Eagle Funds Sogen Overseas Fund Cl I | A | Dividend | J | T | | | | | |
| 46. Oppenheimer Devl Mkts Markets Funds Cl A | A | Dividend | J | T | | | | | |
| 47. Lord Abbett Secs Tr Value Opptys Fund Class F | A | Dividend | | | Sold | 07/01/13 | J | A | |
| 48. Prudential Jennison 20/20 Focus Fund Cl Z | A | Dividend | | | Sold | 7/01/13 | J | A | |
| 49. Prudential Invt Prt 10 Jennison Equity Income Fund Cl Z | A | Dividend | J | T | | | | | |
| 50. Prudential Jennison Natural Resources Fd Cl Z (Y) | | | | | | | | | |
| 51. Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Putnam Growth Opportunities Cl Y | A | Dividend | J | T | | | | | |
| 53. Lord Abbett Securities Fundamental Equity Cl F (X) | A | Dividend | J | T | | | | | |
| 54. Managers FDS Global Essentials Fd Instl | A | Dividend | | | Sold | 06/21/13 | J | A | |
| 55. Managers Funds Frontier Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 56. Nuveen Invt Tr II Santa Barbara Dividend Fd Instl | A | Dividend | K | T | | | | | |
| 57. Alger Fds II Spectra Fd Cl I | A | Dividend | K | T | | | | | |
| 58. Virtus Opportunities Tr Premium Alpha Sector Fd | A | Dividend | J | T | | | | | |
| 59. DWS Intl Fd Inc World Dividend FD Instl Cl | A | Dividend | J | T | | | | | |
| 60. Hartford Mut Fds Inc Global All Asset Fd Cl I | A | Dividend | J | T | | | | | |
| 61. John Hancock Funds II Alternative Asset Alloc Fd Cl I | A | Dividend | J | T | | | | | |
| 62. Lord Abbett High Yield Fund Class F | A | Dividend | | | Sold | 06/12/13 | J | A | |
| 63. Managers Structured Core Fund | A | Dividend | | | Sold | 02/01/13 | J | A | |
| 64. Managers AMG Funds Yacktman Focused Fund Service Class | A | Dividend | J | T | | | | | |
| 65. Wells Fargo Fds Trust WFAAbsolute Return Fund Administrative | A | Dividend | J | T | | | | | |
| 66. Prudential Invt Port 12 Global Real Estate Fund Cl Z | A | Dividend | J | T | | | | | |
| 67. Sunamerica Focused Div Strategy Portfolio Cl A | A | Dividend | J | T | | | | | |
| 68. Wells Fargo Advantage Premier Large Co Growth Fd Admin Cl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 70. Chase Mutual Money Market | A | Interest | K | T | | | | | |
| 71. WisdomTree Japan ET Hedged Equity Fund | A | Dividend | J | T | Buy | 04/29/13 | J | | |
| 72. Invesco European Growth Fund Cl Y | A | Dividend | J | T | Buy | 08/09/13 | J | | |
| 73. Dreyfus Advantage Fds Strategic Value Fnd Cl I | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 74. Highland Fds I PYXIS Fltg Rate Opptys Fd Cl Z | A | Dividend | J | T | Buy | 07/27/13 | J | | |
| 75. Federated Equity Fds Kaufmann Large Cap FD Instl Cl KLCIX | A | Dividend | J | T | Buy | 12/30/13 | J | | |
| 76. Keeley Funds Inc Small Cap Dividend Value Fund Cl I KSDIX | A | Dividend | J | T | Buy | 09/19/13 | J | | |
| 77. Goldman Sachs Tr Income Builder Fd Instl Cl GSBIX | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 78. MFS Ser Tr II Growth FD Cl I MFEIX | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 79. Nationwide Mut Fds New Geneva M/Cap Growth Fd Instl Ser (X) | A | Dividend | J | T | | | | | |
| 80. Prudential Invt Ports Inc 15 Short Duration High Yield Incom | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 07/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 11 was a duplicate of Section VII, Line 6 in the previous year and did not belong on the return.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla M. Woehrle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544